UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
AMBER TRESHNELL,                                :

                                                        :          <u>ORDER</u>
                    Plaintiff,          20 Civ. 8790 (RA) (GWG)
                                                        :

   -v.-

                                                          :
TEN LIFESTYLE MANAGEMENT USA,
INC. et al,                                     :

                   Defendants.          :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The time of the settlement conference scheduled for Monday, February 22, 2021, is changed to 10:00 a.m. The attorneys are directed to confirm that all attorneys are aware of this change.  All other provisions in Docket # 15 remain in effect.

      SO ORDERED.

Dated: February 4, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge