**JOSEPH & KIRSCHENBAUM LLP**
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone (212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas C. Buzzard | www.jk-llp.com |

February 10, 2021

VIA ECF  **MEMORANDUM ENDORSEMENT**

Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Amber Treshnell v. Ten Lifestyle Management USA, Inc., et ano,
              Case No. 20-cv-8790 – Adjournment of Settlement Conference

Dear Judge Gorenstein:

      I represent the Plaintiff, Amber Treshnell in the above referenced action, and I write with the consent of Defendants to request an adjournment of the settlement conference that is currently scheduled for February 22, 2021. Per this Court's Order Scheduling Settlement Conference and Standing Order (Dkt. 15), Plaintiff is requesting an adjournment of the settlement conference to allow the parties to exchange documents to make the conference more fruitful. Plaintiff hereby requests that the Court adjourn the settlement conference to March 26, 2021 at 10AM. Defendants have consented to this date for the adjourned settlement conference.

Respectfully Submitted,

/s Michael DiGiulio
Michael DiGiulio
32 Broadway, Suite 601
New York, NY 10004
Tel: 212-688-5640
Fax: 212-688-2548

*Attorney for Plaintiff*

**Settlement conference adjourned to March 26, 2021, at 10:00 a.m.  Submissions due March 22, 2021.**

**So Ordered.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**February 10, 2021**