JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---:|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone 212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas Buzzard | www.jk-llp.com |
| Leah Seliger | |

May 5, 2021

**VIA ECF**

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

   **Re: Amber Treshnell v. Ten Lifestyle Management USA, Inc., et ano, Case No. 20-cv-8790 – Letter Request for Extension of Deadline to Restore Action**

Dear Judge Abrams:

  We represent the Plaintiff Amber Treshnell ("Treshnell") in the above referenced action, and we submit this letter, with the consent of Defendants, to request an extension of the deadline to restore this action. The parties have reached a settlement in principle, and this Court has dismissed the case without prejudice, so long as the action is restored by May 24, 2021. (Dkt. No. 23). The parties are in the process of finalizing the settlement agreement, but will likely need additional time beyond May 24, 2021 to do so. Thus, Plaintiff respectfully requests that the deadline to restore this action without prejudice be extended until June 11, 2021.

                Sincerely,

                Michael DiGiulio, Esq.
                Joseph & Kirschenbaum LLP
                32 Broadway, Suite 601
                New York, NY 10004

                *Attorneys for Plaintiff*