UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMBER TRESHNELL,<br><br>   Plaintiff,<br><br>vs.<br><br>TEN LIFESTYLE MGMT. USA, INC. et al.,<br><br>   Defendants. | No.: 20 CV 8790 (RA) (GWG) |

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Amber Treshnell and Defendants Ten Lifestyle Management USA, Inc., and Ten Lifestyle Group, PLC, by and through their undersigned counsel, that the above-captioned action be and is hereby dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

Respectfully submitted,

MULLEN P.C.
 200 Park Avenue, Suite 1700
 New York, New York 10166
 (646) 632-3718

By: _____
 Wesley M. Mullen

ATTORNEY FOR DEFENDANTS

Dated: JUNE 10, 2021

JOSEPH & KIRSCHENBAUM LLP
 32 Broadway, Suite 601
 New York, New York 10004
 (212) 688-5640

By: _____
 Michael DiGiulio

ATTORNEY FOR PLAINTIFF

Dated: June 10, 2021

SO ORDERED:

_____
Hon. Ronnie Abrams, U.S.D.J.

Dated: June 14, 2021
   New York, New York